AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

TIANHAI LACE USA, INC.,
*Plaintiff*
v.
LORD & TAYLOR LLC, et al.
*Defendant*

Case No. 1:17-cv-01328

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Levy Group, Inc.

Date: 06/13/2018

*Attorney's signature*

Theodore Sabety
*Printed name and bar number*

Sabety + associates, PLLC
733 Third Avenue, 15th Floor
New York, NY 10017
*Address*

ted@sabety.net
*E-mail address*

(212) 481-8686
*Telephone number*

(646) 349-2782
*FAX number*