UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2019
```

TIANHAI LACE USA, INC.,
*a New York corporation,*

       *Plaintiff,*

v.

LORD & TAYLOR LLC, BETSY & ADAM LTD.
d/b/a XSCAPE, DONNA MORGAN, LLC, JS GROUP
INTERNATIONAL d/b/a THEIA, and DOES 1-10,

       *Defendants.*

Civil Action No. 1:17-cv-01328-RA

CIVIL CASE MANAGEMENT PLAN
AND SCHEDULING ORDER

RONNIE ABRAMS, United States District Judge:

  Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Case Management Plan and Scheduling Order:

  1. All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.

  2. The parties have engaged in settlement discussions.

  3. This case is to be tried to a jury.

  4. No additional parties may be joined after May 15, 2019 without leave of Court.

  5. No amendments to the pleadings may be made after May 15, 2019 without leave of the Court.

  6. Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than March 15, 2019.

  7. All fact discovery is to be completed no later than September 3, 2019.

  8. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in ¶ 7 above.

    a. Initial requests for production of documents shall be served by March 31, 2019.

    b. Interrogatories shall be served by May 17, 2019.

1

      c. Depositions shall be completed by August 2, 2019.

      d. Requests to Admit shall be served no later than August 19, 2019.

9. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by November 1, 2019.

      a. Expert disclosures shall be served by October 4, 2019.

      b. Expert depositions shall be completed by November 1, 2019.

10. All discovery shall be completed no later than December 2, 2019.

11. The Court will conduct a post-discovery conference on __September 6, 2019__ at __11:00 a.m.__. [To be completed by the Court.] No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

12. Unless otherwise ordered by the Court, the joint pretrial order and additional submissions required by Rule 6 of the Court's Individual Rules and Practices shall be due thirty (30) days from the close of discovery, or if any dispositive motion is filed, thirty (30) days from the Court's decision on such motion. This case shall be trial ready sixty (60) days from the close of discovery or the Court's decision on any dispositive motion.

13. Counsel for the parties propose the following alternative dispute resolution mechanism for this case:

      a. __X__ Referral to a Magistrate Judge for settlement discussions.

      b. _____ Referral to the Southern District's Mediation Program.

      c. _____ Retention of a private mediator.

14. The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

15. The parties have conferred and their present best estimate of the length of trial is five (5) days.

SO ORDERED.

Dated: February 22, 2019
New York, New York

Hon. Ronnie Abrams
United States District Judge